# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1962

_____

Keith Eugene Washington, also known as Monroe Bernard Washington

*Plaintiff - Appellant*

v.

Minnesota Department of Corrections, Supervisor Officials, sued in their individual capacities; MCF Oak Park Heights; MCF Stillwater; Lt. Jason R. Hills, Both supervisory officials at MCF-OPH; Sued in their individual capacities; Sgt. Glenn Lisowy, Both supervisory officials at MCF-OPH; Sued in their individual capacities; Andrew Dubois, Special Investigator; MCF-STW-Supervisory Officials; Sued in their individual capacities; Vince Krenz, Intelligence Investigator; MCF-STW-Supervisory Officials; Sued in their individual capacities; Mark J. Uner, Director of Investigations; MCF-STW-Supervisory Officials; Sued in their individual capacities; Sgt. Dan Hilleren, Sued in their individual capacities; Lt. Spets, Sued in their individual capacities; John Quist, Program Director; Sued in their individual capacities; Lisa Stenseth, Associate Warden; Sued in their individual capacities; Sgt. Terra O'Connor, Sued in their individual capacities; Lt. Shane Jones, Sued in their individual capacities; Michelle Smith, Deputy Commissioner; Sued in their individual capacities

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: October 24, 2024
Filed: June 3, 2025
[Unpublished]

_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Keith Washington appeals the district court's[1] dismissal of his pro se civil rights action. After careful review of the record and the parties' arguments on appeal, we conclude that the district court properly dismissed the action for failure to state a claim. See Waters v. Madson, 921 F.3d 725, 734 (8th Cir. 2019) (reviewing dismissal for failure to state claim de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Katherine M. Menendez, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Dulce J. Foster, United States Magistrate Judge for the District of Minnesota.